GOLDSMITH & HULL #46936
Attorney At Law
William I. Goldsmith
Attorney Bar #82183
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585 Fax: (818) 996-4537

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. A00-12183 |
| Plaintiff, ) | **DEFAULT JUDGMENT** |
| v. ) | |
| ROBIN VOSS AKA ROBIN M. VOSS ) AKA ROBIN M. MULLER ) | |
| Defendant, ) | |

FILED
CLERK, U.S. DISTRICT COURT
APR 10 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
APR 10 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from ROBIN VOSS AKA ROBIN M. VOSS AKA ROBIN M. MULLER the sum of $1,762.89 as principal, $908.67 as accrued pre-judgment interest, $0.00 for penalties/administrative charges, and $170.00 for court cost, plus $376.29 attorney fees, less credits of $0.00 for a total amount of $3,217.85 plus interest from January 8, 2001, at the rate of $.43 per day to date of entry of judgment. Judgment to accrue interest at the legal rate until paid.

DATE: APR 10 2001

SHERRI R. CARTER, CLERK OF COURT
U.S. District Court Central
District of California

_/_ Docketed
_/_ Copies / NTC Sent
_/_ JS-5 / JS-6
___ JS-2 / JS-3
___ CLSD

BY: _____
DEPUTY CLERK